| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address<br><br>Sevan Gorginian (SBN 298986)<br>*Bankruptcy Counsel*<br>**Law Office of Sevan Gorginian**<br>450 N. Brand Boulevard, Suite 600<br>Glendale, California 91203<br>**Tel**: 818.928.4445 I **Fax**: 818.928.4450<br>**Email**: sevan@gorginianlaw.com<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for: Chapter 7 Debtor* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUL 20 2020**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** fortier    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>**ERIKA RICE**<br><br><br><br><br><br><br><br><br><br>Debtor. | CASE NUMBER: 2:19-bk-22522BR<br><br>CHAPTER: 7 |
|---|---|
| | **ORDER** ☒ **GRANTING** ☐ **DENYING DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C.§ 522(f) (REAL PROPERTY)** |
| | ☒ No hearing held<br>☐ Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

Creditor Holding Lien to be Avoided*:* **FRANK BARWAH**

The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

Pursuant to 11 U.S.C. § 522(f), Debtor moved to avoid a judicial lien on real property claimed to be exempt.  The court finds and orders as follows:

1. ☐ Notice of this Motion complied with LBR 9013-1(d).

2. ☒ Notice of this Motion complied with LBR 9013-1(o).

    a. ☒ There was no opposition and request for hearing.

    b. ☐ Hearing requested and held as indicated in the caption.

3. ☒ Motion granted as set forth in the **Attachment** to this order.

4. ☐ Motion denied on the following grounds:    ☐ with prejudice    ☐ without prejudice

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure.  "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                    Page 1                    **F 4003-2.1.AVOID.LIEN.RP.ORDER**

a. ☐ Insufficient notice

b. ☐ Insufficient evidence of the exempt status of the property in question

c. ☐ Failure to comply with FRBP 7004(b)(3) or FRBP 7004(h).

d. ☐ Insufficient evidence of fair market value.

e. ☐ Motion is incomplete.

f. ☐ Other (*specify*):

5. ☐ The court further orders as follows:

   ☐ See attached page

###

Date: July 20, 2020

*/s/ Barry Russell*
_____
Barry Russell
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                    Page 2                    **F 4003-2.1.AVOID.LIEN.RP.ORDER**

**ATTACHMENT TO MOTION/ORDER**
**(11 U.S.C. § 522(f): AVOIDANCE OF REAL PROPERTY JUDICIAL LIENS)**

This court makes the following findings of fact and conclusions of law:

1. **Creditor Lienholder/Servicer: FRANK BARWAH**

2. **Subject Lien:** Abstract of Judgement Lien Date: **3/30/2017** and place: **Superior Court of California, County of Los Angeles** of recordation of lien; Recorder's instrument number or document recording number: **20170452006.**

3. **Collateral:** Street address, legal description and/or map/book/page number, including county of recording: **4218 Sepulveda Blvd. Los Angeles, California 90230.**

4. **Secured Claim Amount**
    a. Value of Collateral: ……………………………………………………………………… **$ 950,000.00**
    b. Amounts of Senior Liens (reducing equity in the property to which the Subject Lien can attach):
        (1) First lien: …………………………………………… ($ 690,000.00)
        (2) Second lien: ………………………………………… ($ 103,129.00)
        (3) Third lien: …………………………………………… ($ 290,624.00)
        (4) Additional senior liens:………………………………..($     1,731.00)
    c. Amount of Debtor's exemption(s): …………………………… ($ **175,000.00**)
    d. Subtotal: …………………………………………………………………………………. ($ **1,260,484.00**)
    e. Secured Claim Amount (negative results should be listed as -$0-):     $     **0.00**

    Unless otherwise ordered, any allowed claim in excess of this Secured Claim Amount is to be treated as a nonpriority unsecured claim and is to be paid *pro rata* with all other nonpriority unsecured claims (in Chapter 13 cases, Class 5A of the Plan).

5. **Lien avoidance:** Debtor's request to avoid the Subject Lien is granted as follows. The fixing of the Subject Lien impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(b). The Subject Lien is not a judicial lien that secures a debt of a kind that is specified in 11 U.S.C. § 523(a)(5) (domestic support obligations). The Subject Lien is void and unenforceable except to the extent of the Secured Claim Amount, if any, listed in paragraph 4.e. above.

☐ See attached page(s) for more liens/provisions.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                                   Page 3                           F 4003-2.1.AVOID.LIEN.RP.ORDER